FRAILING, ROCKWELL, KELLY & DUARTE
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALVATERA, | NO. 1:10-CV-01464-SKO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's confidential letter on defendant be extended to June 10, 2011.

///
///
///
///
///
///
///

This is plaintiff's first request for an extension of time. Plaintiff's attorney needs additional time to further review the file and prepare the confidential letter.

           Respectfully submitted,

Dated: March 24, 2011    By */s/ Sharon E. Kelly*
               Sharon E. Kelly
               Attorney for Plaintiff


Dated: March 24, 2011    Benjamin B. Wagner
               United States Attorney

               By */s/ Cynthia B. De Nardi*
               (As authorized via telephone)
               Cynthia B. De Nardi
               Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 26, 2011**      /s/ Sheila K. Oberto
               UNITED STATES MAGISTRATE JUDGE