# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALVATERA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:10-CV-01464-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 15) |

On August 12, 2011, the parties filed a stipulated request that Plaintiff be granted an extension of time until September 16, 2011, to file an opening brief. (Doc. 16.) The Court GRANTS the parties' request.

However, although Plaintiff states that this is her first request for an extension of time (Doc. 15:1), Plaintiff in fact requested and was granted a previous extension of time in which to prepare her confidential letter. (Docs. 13, 14.) Accordingly, absent a showing of good cause, Plaintiff will **not** be granted any additional extensions in this action. The schedule is modified as provided below.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief **on or before September 16, 2011**;
2. The Commissioner shall file a responsive brief **on or before October 19, 2011**; and
3. Plaintiff may file a reply brief **on or before November 7, 2011**.[1]

IT IS SO ORDERED.

**Dated:   August 12, 2011**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.

2